**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Adam Gray
                              Plaintiff,
v.                                          Case No.: 1:18−cv−02624
                                            Honorable John Z. Lee
Elizabeth K. Barton, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 2, 2020:

    MINUTE entry before the Honorable John Z. Lee: Pursuant to the Second Amended General Order 20−0012, In re: Coronovirus COVID−19 Public Emergency (dated Mar. 30, 2020), the status and motion hearing set for 4/16/20 is hereby stricken. The Court will issue an order scheduling a status hearing at a future date.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.