**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Adam Gray

                                          Plaintiff,

v.                                                                 Case No.: 1:18−cv−02624
                                                                 Honorable John Z. Lee

Elizabeth K. Barton, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2020:

      MINUTE entry before the Honorable Beth W. Jantz: In accordance with the Third Amended General Order 20−0012 dated 04/24/2020, the 05/21/2020 status hearing is stricken. A future status hearing date will be set as soon as practicable. Mailed notice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.