# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Adam Gray

                    Plaintiff,

v.                                                 Case No.: 1:18−cv−02624
                                                     Honorable John Z. Lee

Elizabeth K. Barton, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 1, 2020:

      MINUTE entry before the Honorable Beth W. Jantz: Pursuant to the Third Amended General Order 20−0012, the parties are hereby directed to file a joint status report by the close of business on 05/18/2020. Parties should refer to the Third Amended General Order 20−0012, specifically, paragraph 5, located on the Court's homepage for the particulars of what should be included in the joint status report.((rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.