IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ADAM GRAY ) | |
| ) | |
| Plaintiff, ) | Case No. 18 CV 2624 |
| v. ) | |
| ) | |
| CITY OF CHICAGO, Special Representative ) | |
| of the Estate of NICHOLAS C. CRESCENZO,) | |
| JR., Special Representative of the Estate of ) | |
| GEORGE JENKINS, Special Representative ) | Judge John Z. Lee |
| of the Estate of MICHAEL A. POCHORDO, ) | |
| Special Representative of the Estate of CRAIG ) | Magistrate Judge Beth W. Jantz |
| CEGIELSKI, ERNEST R. ROKOSIK, ) | |
| Executor of the Estate of ERNEST W. ) | |
| ROKOSIK, DANIEL MCINERNEY, PERCY ) | |
| DAVIS, ROBERT FITZPATRICK, L. ) | |
| MARTINEZ, JOSEPH GRUSZKA, JAMES ) | |
| R. BROWN, COOK COUNTY, and AS-YET ) | |
| UNKNOWN CHICAGO POLICE ) | |
| DETECTIVES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT STATUS REPORT SUBMITTED PURSUANT TO
THIS COURT'S JUNE 2, 2020 ORDER**

1. **Progress of Discovery**

Fact discovery closed on January 31, 2020 but the court granted the parties leave to take the following witnesses' deposition outside the close of fact discovery: Marty Beyer, Roger Shuy, Fabio Valentini, and Brenda Thomas. (See 3/4/20, Doc. # 202, #214).

As reported in the May 13, 2020 status report, the deposition of Marty Beyer was completed and the parties reached an agreement that obviates the need to take the deposition of Roger Shuy. The parties are still seeking to take the depositions of Fabio Valentini and Brenda Thomas.

Attorneys for the Individual City Defendants are working with Mr. Valentini's counsel to coordinate a deposition date for Mr. Valentini in September or October; this deposition has been delayed due to the public health emergency. Brenda Thomas is believed to live in Minnesota. The parties will continue efforts to serve and depose Ms. Thomas when it is safe for the parties to travel.

2. **Status of Briefing on Unresolved Motions**

   Not applicable.

3. **Proposed Schedule for Cases Without Any Future Court Dates**

   Not applicable.

4. **The Current Court Dates Do Not Require Revision**

   On May 19, 2020, the court entered the following expert discovery schedule: "The Court has reviewed the parties' status report. Parties shall simultaneously disclose expert reports by 9/4/20 and disclose rebuttal reports by 11/19/20. All expert discovery must be completed by 1/5/21." (Doc. #215). The parties agree that these dates do not require revision at this time.

5. **Any Agreed Action that the Court Can Take Without a Hearing**

   Not applicable.

6. **Need for a Telephonic Hearing or In-Person Hearing**

   Not applicable.

DATED: July 29, 2020

Respectfully submitted,

| **Attorneys for the Plaintiff** | **Attorneys for Defendant City of Chicago** |
|---|---|
| /s/ Cindy Tsai | /s/ Elizabeth A. Ekl |
| Jon Loevy | Terrence Burns |
| Tara Thompson | Elizabeth A. Ekl |
| Cindy Tsai | Paul Michalik |
| Loevy & Loevy | Daniel Noland |
| 311 N. Aberdeen St., 3rd Floor | Katherine C. Morrison |
| Chicago, Illinois 60607 | Daniel J. Burns |
| | Dhaviella N. Harris |
| Elizabeth Wang | Reiter Burns LLP |
| Loevy & Loevy | 311 S. Wacker Dr., Suite 5200 |
| 2060 Broadway, Ste. 460 | Chicago, IL 60606 |
| Boulder, CO 80302 | |

| **Attorneys for Defendants Cook County and James R. Brown** | **Attorneys for Individual City Defendants** |
|---|---|
| */s/ Winnefred A. Monu* | */s/ Helen O'Shaughnessy* |
| Kenneth M. Battle | Shneur Nathan |
| Jessica Gomez-Feie | Avi Kamionski |
| Winnefred A. Monu | Helen O'Shaughnessy |
| O'Connor & Battle LLP | Nathan & Kamionski LLP |
| 20 N. Clark St., Suite 1600 | 33 W. Monroe St., Suite 1830 |
| Chicago, IL 60602 | Chicago, IL 60603 |

## CERTIFICATE OF SERVICE

I, Helen O'Shaughnessy, an attorney, certify that I served the foregoing Status Report on all counsel of record via CM/ECF on July 29, 2020.

*/s/ Helen O'Shaughnessy*