# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Adam Gray

Plaintiff,

v.  Case No.: 1:18−cv−02624
Honorable John Z. Lee

Elizabeth K. Barton, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 9, 2020:

    MINUTE entry before the Honorable Beth W. Jantz: Telephonic status held on 10/09/2020. The parties are progressing well on expert discovery. The parties discussed efforts to depose two remaining fact witnesses, and are close to securing a date for one of those depositions. For the other deposition, the Court explained that the parties should plan to locate and depose Brenda Thomas by the expert discovery close deadline of 02/02/2021 if they wish to depose her, remotely if necessary. Additionally, the parties reported that they have not had settlement discussions yet; parties should include an update regarding any interest in a settlement conference or progress in settlement discussions in the joint status report due to District Judge Lee on 12/30/2020 [226]. As discussed during the hearing, the Court understands that many parties would prefer to take depositions in person, but given the current public health situation, depositions should be planned in most instances to be taken by remote means for the foreseeable future in order to promote safety, unless agreed otherwise by all parties, counsel, and the deponent. Delay due to a desire to take in−person depositions at a later date generally will not be a basis for extending discovery deadlines.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.