# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| ADAM GRAY, | ) | | |
| | ) | Case No. 18 CV 2624 | |
| Plaintiff, | ) | | |
| | ) | Hon. John Z. Lee | |
| v. | ) | | |
| | ) | | |
| CITY OF CHICAGO, et al., | ) | | |
| | ) | | |
| | ) | | |
| Defendants. | ) | | |

## NOTICE OF MOTION

**To:** **All Counsel of Record**

Please take notice that on Tuesday, September 21, 2021 at 9:00 a.m., counsel for Plaintiff shall appear before the Honorable John Z. Lee via videoconference, and there shall present Plaintiffs' Motion for to Withdraw Attorney Cindy Tsai.

                                                RESPECTFULLY SUBMITTED,

                                                s/ Jon Loevy

Jon Loevy
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
Fax (312) 243-5902

2

**CERTIFICATE OF SERVICE**

    I, Jon Loevy, hereby certify that on September 16, 2021, I filed the foregoing Notice, by CM/ECF electronic filing, which was served through the Court's electronic filing system.

/s/ Jon Loevy