VERDICT FORM

We, the jury, on the claims of Plaintiff against Defendants, find as follows:

**Part 1—Liability**

For each, place an "X" as to each claim and as to each Defendant.

1. **Claim 1—Coerced Confession**

| Name of Defendant | For Plaintiff | For Defendant |
| --- | --- | --- |
| Nicholas Crescenzo | | |
| Michael Pochordo | | |

2. **Claim 2—Fabrication of Evidence**

| Name of Defendant | For Plaintiff | For Defendant |
| --- | --- | --- |
| Nicholas Crescenzo | | |

**3. Claim 3—Failure to Disclose Exculpatory or Impeachment Evidence:**

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| Nicholas Crescenzo | | |

**4. Claim 4—Unlawful Detention**

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| Daniel McInerny | | |

**5. Claim 5—Conspiracy to Violate Federal Constitutional Rights**

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| Nicholas Crescenzo | | |
| Daniel McInerny | | |

If you find in favor of Plaintiff on the conspiracy claim, then please mark an "X" for each of the underlying rights that you find were the basis for the conspiracy:

Claim 1 (Coerced Confession) _____

Claim 2 (Fabricated Evidence) _____

Claim 3 (Failure to Disclose Evidence) _____

Claim 4 (Unlawful Detention) _____

**6. Claim 6—Failure to Intervene**

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| Nicholas Crescenzo | | |
| Daniel McInerny | | |

7.  **Claim 7—Malicious Prosecution**

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| Nicholas Crescenzo | | |
| Daniel McInerny | | |

8.  **Claim 8—Civil Conspiracy**

| Name of Defendant | For Plaintiff | For Defendant |
|---|---|---|
| Nicholas Crescenzo | | |
| Daniel McInerny | | |

If you find for Plaintiff on at least one claim against at least one Defendant, then move on to Part II (Damages). If you find against Plaintiff on all claims, then do not complete Part II (Damages). Instead, go to Part III (Signature Page) and sign and date the Verdict Form.

## Part II—Damages

1. **Compensatory Damages**

    We award Plaintiff compensatory damages in the amount of:

    $ _____ .

2. **Punitive Damages**

    If you have awarded compensatory damages, then you may, but are not required to, award punitive damages. If you decide not to award punitive damages, then please write "zero."

    We award Plaintiff punitive damages against **Daniel McInerny** in the amount of:

    $ _____ .

    Please move on to Part III (Signature Page) to sign and date the Verdict Form.

## Part III—Signature Page

Please sign and date below and return the entire Verdict Form to the court security officer (each juror must sign the form).

Date: _____

_____  _____
Presiding Juror

_____  _____

_____  _____

_____