ILND 450 (Rev. 10/13)  Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Adam Gray,

Plaintiff(s),

v.

Cito of Chicago, et al.,

Defendant(s).

Case No.  18 C 2624
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

       which ☐ includes     pre–judgment interest.
            ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: 1) on Claim 1 (coerced confession) in favor of the Plaintiff and against Defendants Nicholas Crescenzo and Michael Pochordo (technically their Estates); (2) on Claim 2 (fabrication of  evidence) in favor of the Plaintiff and against Nicholas Crescenzo; (3) on Claim 3 (failure to disclose exculpatory or impeachment evidence) in favor of Defendant Nicholas Crescenzo and against the Plaintiff; (4) on Claim 4 (unlawful detention) in favor of Defendant Daniel McInerny and against the Plaintiff; (5) on Claim 5 (federal conspiracy) in favor of the Plaintiff and against Defendant Nicholas Crescenzo (with the objects of the conspiracy being Claim 1 and Claim 2), and in favor of Defendant Daniel McInerny and against the Plaintiff; (6) on Claim 6 (failure to intervene) in favor of the Plaintiff and against Defendant Nicholas Crescenzo, and in favor of Defendant Daniel McInerny and against the Plaintiff; (7) on Claim 7 (malicious prosecution) in favor of the Plaintiff and against Defendant Nicholas Crescenzo, and in favor of Defendant Daniel McInerny and against the Plaintiff; (8) on Claim 8 (state conspiracy) in favor of the Plaintiff and against Defendant Nicholas Crescenzo, and in favor of Defendant Daniel McInerny and against the Plaintiff. For compensatory damages, the jury

ILND 450 (Rev. 10/13)  Judgment in a Civil Action

awards the Plaintiff $27 million ($27,000,000). No punitive damages was awarded against Defendant Daniel McInerny.

---

This action was *(check one)*:

☒ tried by a jury with Judge Edmond E. Chang presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date:    5/25/2023                Thomas G. Bruton, Clerk of Court

                                             /s/ Michael Wing, Deputy Clerk