**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ADAM GRAY, | ) |
| | ) |
| | )   Case No: 18 CV 2624 |
| Plaintiff, | ) |
| v. | )   Judge Edmond E. Chang |
| | ) |
| CITY OF CHICAGO AND GERI LYNN | ) |
| YANOW, SPECIAL REPRESENTATIVE | ) |
| OF THE ESTATES OF MICHAEL POCHORDO | ) |
| AND NICHOLAS CRESCENZO, JR., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION FOR SATISFACTION OF JUDGMENT AND DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record:

1.      Pursuant to the Release and Satisfaction of Judgment Agreement, Defendant City of Chicago, agrees to pay a total sum of nineteen million two hundred fifty thousand and 0/100 dollars ($19,250,000.00) pursuant to the Release and Satisfaction of Judgment Agreement executed by the parties, in full satisfaction of the judgment for compensatory damages entered in favor of plaintiff, Adam Gray, and against Defendants Nicholas Crescenzo, Jr. and Michael Pochordo, as indemnitor pursuant to 745 ILCS 10/9-102.

2.      Plaintiff agrees to accept nineteen million two hundred fifty thousand and 0/100 dollars ($19,250,000.00) to resolve all aspects of the litigation against City Defendants, including the judgment for compensatory damages against City Defendants Michael Pochordo and Nicholas Crescenzo, Jr., any interest accrued through the date of payment, and statutory fees and costs.

3.      Plaintiff agrees to dismiss all claims against Defendant City of Chicago without prejudice to be automatically converted to dismissal with prejudice 90 days from the entry of the Court's order. Each side shall bear its own costs and attorneys' fees.

4.      City Defendants Michael Pochordo and Nicholas Crescenzo, Jr. agree to withdraw their motions for new trial under Fed. R. Civ. P. 59(a), for judgment as a matter of law under Fed. R. Civ. P. 50(b), and to alter or amend judgment under Fed. R. Civ. P. 59(e).

5.      Plaintiff agrees to withdraw his motion for prejudgment interest under Fed. R. Civ. P. 59(e).

6.      The parties agree that once the total sum of nineteen million two hundred fifty thousand and 0/100 dollars ($19,250,000.00) is paid in full, all claims that were could or have been made in this litigation against Defendant City of Chicago, and any of its current or former employees are concluded, this litigation should be terminated against Defendant City of Chicago, and all City Defendants with prejudice.

Respectfully submitted,

s/ Elizabeth Wang
Elizabeth Wang, Attorney for Plaintiff
Adam Gray
LOEVY & LOEVY
311 S. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
Attorney No. 6287634
DATE: 10/12/23

CITY OF CHICAGO a Municipal Corporation

Mary B. Richardson-Lowry
Corporation Counsel
Attorney for defendant City of Chicago

s/ Jessica L. Felker
Jessica L. Felker
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-6959
Attorney No. 6282508
DATE:  10/13/2023

/s Shneur Z. Nathan
Shneur Z. Nathan
Attorney for defendants, Geri Lynn Yanow, Special Representative of the Estates of Michael Pochordo and Nicholas Crescenzo, Jr.
Special Assistant Corporation Counsel
Nathan & Kamionski LLP
33 W. Monroe, Suite 1830
Chicago, Illinois 60603
(312) 612-1955
DATE: 10/13/2023

## Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on October 13, 2023, I filed the foregoing via CM/ECF, thereby delivering a copy to all counsel of record.


s/ Elizabeth Wang